## James Mitchell, Plff. in Err., v. Alexander L. Mitchell and James McFeaters.

(Decided November 1, 1886.)

OPINION BY MR. JUSTICE TRUNKEY:

This case was tried in the court below, and argued here, with Mitchell v. Mitchell, *ante,* 43, and for reasons stated in that case, —

Judgment reversed, and a *venire facias de novo* awarded.